**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:       John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 314-8010
Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>JOHN DOE subscriber assigned IP address 100.35.228.165,<br><br>                Defendant. | Case No. 2:20-cv-10185-MCA-LDW<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 100.35.228.165 are voluntarily dismissed without prejudice.

DATED: November 20, 2020            Respectfully submitted,

                                    **THE ATKIN FIRM, LLC**

                                    *Attorneys for Plaintiff,
                                    Strike 3 Holdings, LLC*

                                    */s/ John C. Atkin, Esq.*
                                    John C. Atkin, Esq.


                                    SO ORDERED

                                       *s/Madeline Cox Arleo*
                                    MADELINE COX ARLEO, U.S.D.J.

                                    Date: 11/23/20

1